**FILED**

January 05, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad

DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas ☑

| | |
|---|---|
| Marc Steven Luxemburg | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) Civil Action No. 6:25CV574 |
| v. | ) |
| SYNCHRONY BANK & RAUSCH STURM, LLP & | ) |
| ROSS OWENS BRENDEL & CLARIS ESTHER | ) |
| SMITH & MATTHEW WAYNE COOPER | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ROSS OWENS BRENDEL
15660 North Dallas Parkway, Suite 350
Dallas, TX 75248

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Steven Luxemburg
c/o 2008 Freedom Lane
Copperas Cove, Texas [76522]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/10/25                                        L Diaz
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Ross Breidel_

was received by me on *(date)* __12/17/25    10:65 AM__

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because _Subject no longer resides at location._ ; or
_Unable to locate in Bexar County. RTC_

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.                          Constable Mark Vojvodich

Date: _____                          _____
                                                          */Server's signature*

                                                          **A Garza #1318**
                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas  ▼

| | |
|---|---|
| Marc Steven Luxemburg | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| SYNCHRONY BANK & RAUSCH STURM, LLP & | ) |
| ROSS OWENS BRENDEL & CLARIS ESTHER | ) |
| SMITH & MATTHEW WAYNE COOPER | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 6.25CV 574

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **ROSS OWENS BRENDEL**
**15660 North Dallas Parkway, Suite 350**
**Dallas, TX 75248**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Steven Luxemburg
c/o 2008 Freedom Lane
Copperas Cove, Texas [76522]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __12/10/25__                              __L Diaz__
                                            *Signature of Clerk or Deputy Clerk*

① 12/18/25    26514   Autumn Colen
  4:06 PM    Subject no longer resides at location. Unable to locate in
            Bexar County. RTC.
                    A G 1318

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas  ☐

| | |
|---|---|
| Marc Steven Luxemburg | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 6:25-CV-574 |
| SYNCHRONY BANK & RAUSCH STURM, LLP & | ) |
| ROSS OWENS BRENDEL & CLARIS ESTHER | ) |
| SMITH & MATTHEW WAYNE COOPER | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    MATTHEW WAYNE COOPER
15660 North Dallas Parkway, Suite 350
Dallas, TX 75248

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Marc Steven Luxemburg
c/o 2008 Freedom Lane
Copperas Cove, Texas [76522]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/10/25                                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    MATTHEW WAYNE COOPER

was received by me on *(date)*    December 11, 2025  .

    ☐ I personally served the summons on the individual at *(place)*

    _____ on *(date)* _____ ; or

    ☒ I left the summons at the individual's residence or usual place of abode with *(name)* Wayne Cooper, father
1016 Mack Place Denton, Texas
       76209 , a person of suitable age and discretion who resides there,  @3:45 P.M.
on *(date)* December 12, 2025 and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

    _____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  December 13, 2025

                              *Server's signature*

                        Sharlene J. Barns
                        *Printed name and title*
                        9330 LBJ Freeway
                        Dallas, Texas 75243

                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas ☑

| | |
|---|---|
| Marc Steven Luxemburg | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| SYNCHRONY BANK & RAUSCH STURM, LLP & | ) |
| ROSS OWENS BRENDEL & CLARIS ESTHER | ) |
| SMITH & MATTHEW WAYNE COOPER | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. ⸝⸝ 25cv 574

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CLARIS ESTHER SMITH
500 West 5th Street, Suite 1210
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Marc Steven Luxemburg
c/o 2008 Freedom Lane
Copperas Cove, Texas [76522]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____12/10/25_____    _____L Diaz_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    **CLARIS ESTHER SMITH**

was received by me on *(date)*  12/11/2025 at 9:55 am.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Valecie Braun    , who is

designated by law to accept service of process on behalf of *(name of organization)*  Akecman, LLP

on *(date)* 12/12/2025 at     ; or
                              3:13pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $    N/A    for travel and $    N/A    for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date:  12/17/2025                          _____
                                                      *Server's signature*

                              John Fowler III  Process Server
                                                *Printed name and title*   PSC-14803
                                                                    Exp. 05/31/26

                    2005 Und Chime Way, New Braunfels Tx
                                            *Server's address*            78130


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of Texas ☑

|  |  |  |
|---|---|---|
| Marc Steven Luxemburg | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 6: 25 CV 574 |
| v. | ) | |
| SYNCHRONY BANK & RAUSCH STURM, LLP & | ) | |
| ROSS OWENS BRENDEL & CLARIS ESTHER | ) | |
| SMITH & MATTHEW WAYNE COOPER | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     KENNETH WAKE
(Registered Agent for RAUSCH STURM, LLP)
300 North Executive Drive, Suite 200
Brookfield, WI 53005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Marc Steven Luxemburg
c/o 2008 Freedom Lane
Copperas Cove, Texas [76522]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___12/10/25___     _____LDiaz_____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   **KENNETH WAKE**

was received by me on *(date)*

     ❐ I personally served the summons on the individual at *(place)*

                         on *(date)*              ; or

     ❐ I left the summons at the individual's residence or usual place of abode with *(name)*

                         , a person of suitable age and discretion who resides there,

     on *(date)*                  , and mailed a copy to the individual's last known address; or

     ❐ I served the summons on *(name of individual)*           . who is

     designated by law to accept service of process on behalf of *(name of organization)*

                         on *(date)*             ; or

     ❐ I returned the summons unexecuted because                ; or

     ☒ Other *(specify)*: **certified mail # 9589 0710 5270 3273 7753 44**
                          **300 N. Executive Drive, Suite 200**
                          **Brookfield, WI 53003**

My fees are $                for travel and $             for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:  *15 Dec 2025*

                               *Marc Steven Luxemburg*
                                        *Server's signature*

                         *MARC STEVEN LUXEMBURG  PLAINTIFF*
                                       *Printed name and title*

                         *2008 FREEDOM LANE*
                         *COPPERAS COVE, TEXAS [76522]*
                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

|  |  |
|---|---|
| Marc Steven Luxemburg <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> SYNCHRONY BANK; RAUSCH STURM, LLP; ROSS OWENS BRENDEL; CLARIS ESTHER SMITH; MATTHEW WAYNE COOPER <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 6:25-CV-574

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SYNCHRONY BANK
170 WEST ELECTION RD
DRAPER, UT 84020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marc Steven Luxemburg
c/o 2008 Freedom Lane
Copperas Cove, Texas 76522

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 12/16/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  SYNCHRONY BANK

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Certified Mail # 9589 0710 5270 3273 7752 38

SYNCHRONY BANK
170 West Election Road
Draper, UT 84020

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 22 Dec. 2025

_____
Server's signature

Marc Steven Luxemburg
Printed name and title

2008 Freedom Lane
Copperas Cove, Texas [76522]
Server's address

Additional information regarding attempted service, etc: